Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022

troutman.com

**Matthew J. Aaronson**
D 212.704.6006
matthew.aaronson@troutman.com

November 13, 2025

**VIA ECF**

Hon. Ronnie Abrams
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Application granted. The conference previously scheduled for November 21, 2025 is hereby adjourned until January 12, 2026 at 11:30 a.m.
>
> SO ORDERED.
>
> _____
> Hon. Ronnie Abrams
> November 13, 2025

Re: ***Rowe Plastic Surgery of Long Island, LLC v. Anthem Blue Cross Blue Shield***
**Civil Action No. 1:25-cv-07919**
**Joint Request for Adjournment of Initial Status Conference**

Your Honor:

This firm represents Defendant Anthem Blue Cross Blue Shield f/k/a Empire Blue Cross Blue Shield ("Anthem") in the above-referenced action. Anthem writes to advise the Court that the undersigned has provided Plaintiff's counsel with an executed Waiver of Service of the Summons and Complaint, setting Anthem's response deadline as January 12, 2026. Anthem is currently undertaking a fulsome review of the claims at issue to prepare its response.

Accordingly, the parties request that the Initial Status Conference, currently set for November 21, 2025, be adjourned to a date after January 12, 2026, and that the associated joint letter, case management plan, and scheduling order submission deadlines be adjourned.

This is the parties' first request for an adjournment of the Initial Status Conference and Plaintiff joins in this request.

We thank Your Honor for your consideration of this matter.

Respectfully submitted,

Matthew J. Aaronson

cc: All Counsel of Record (via ECF)

322012434v1