Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022

troutman.com

**troutman**
**pepper locke**

---

**Matthew J. Aaronson**
D 212.704.6006
matthew.aaronson@troutman.com

January 5, 2026

**VIA ECF**

Hon. Ronnie Abrams
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application granted. The conference previously scheduled for January 12, 2026 is hereby adjourned to February 20, 2026 at 11:30 a.m.

SO ORDERED.

_____
Hon. Ronnie Abrams
January 6, 2026

> **Re:** ***Rowe Plastic Surgery of Long Island, LLC v. Anthem Blue Cross Blue Shield* (Civil Action No. 1:25-cv-07919)**
> **Consent Request for Adjournment of Initial Status Conference and 30-Day Extension of Time to Respond to Complaint**

Your Honor:

This firm represents Defendant Anthem Blue Cross Blue Shield f/k/a Empire Blue Cross Blue Shield ("Anthem") in the above-referenced action. An Initial Status Conference is currently set for January 12, 2026. The current deadline for Anthem to file a response to the Complaint is also January 12, 2026.

Anthem continues to undertake a fulsome review of the claims at issue to prepare its response. Accordingly, in accordance with Your Honor's Individual Rules & Practices in Civil Cases, Anthem requests that its deadline to respond to the Complaint be extended thirty (30) days, resulting in a new deadline of February 11, 2026. Plaintiff consents to the requested extension.

The parties also jointly request that the Initial Status Conference be adjourned to a date after February 11, 2026, and that the associated joint letter and Case Management Plan and Scheduling Order submission deadlines be adjourned.

This is Anthem's first request for an extension of its deadline to respond to the Complaint, and this is the parties' second joint request for an adjournment of the Initial Status Conference, the initial request having been granted.

We thank Your Honor for your consideration of this matter.

Respectfully submitted,

Matthew J. Aaronson

cc:    All Counsel of Record (via ECF)